**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAYSHON LAMONT MOODY,<br><br>Plaintiff,<br><br>v.<br><br>A. SCOTLAND, et al.,<br><br>Defendants. | No. 2:22-CV-2020-TLN-DMC<br><br><br><br>**ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 6, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed November 6, 2023 (ECF No. 18) are ADOPTED IN FULL;
2. Defendants' unopposed motion to dismiss (ECF No. 17) is GRANTED.
3. This action is DISMISSED with leave to amend.
4. Plaintiff shall file a first amended complaint within thirty (30) days of the electronic filing date of this Order;
5. This matter is referred back to the assigned Magistrate Judge for further pre-trial proceedings.

Date:  December 20, 2023

Troy L. Nunley
United States District Judge